UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEVE RAMIREZ,

    Plaintiff,

v.

CONNIE BISBEE, et al.,

    Defendants.

Case No. 3:13-cv-00133-MMD-VPC

ORDER

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On November 1, 2013, plaintiff filed a notice of dismissal with prejudice. (Dkt. no. 13.)

It is therefore ordered that this action is dismissed with prejudice pursuant to rule 41(a).

It is further ordered that plaintiff's motion to proceed *in forma pauperis* (dkt. no. 1) is denied as moot.

DATED THIS 22nd day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE